IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: Heartland Payment Systems, Inc.<br>Customer Data Security Breach Litigation § § § § <br>――――――――――――――――――――― §<br> § MDL No. 09-2046<br>This filing relates to: §<br>FINANCIAL INSTITUTION TRACK §<br>LITIGATION §<br>――――――――――――――――――――― §<br> §<br>LONE STAR NATIONAL BANK, N.A., §<br>*et al.*, §<br> §<br>           Plaintiffs, §<br> § Civil Action No. H-10-171<br>v. §<br> §<br>HEARTLAND BANK and KEYBANK, N.A., §<br> §<br>           Defendants. § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of this date, this action is dismissed with prejudice. Each party bears its own costs and fees.

This is a final judgment.

SIGNED on March 14, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge